IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUNTWAN BARNES,

    *Plaintiff*,

v.                                          Case No.: 4:24cv491-MW/MAF

LANCE ERIC NEFF and
SHAVONNE JOANN MCCANTS,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The motion for restraining order, ECF No. 5, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on April 1, 2025.**

                                                s/Mark E. Walker             
                                              **Chief United States District Judge**